Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-10-00185-CV

In the **INTEREST OF A.G.P. IV**, F.A.P., J.P., and A.C., Minor Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-PA-02263
Honorable Charles E. Montemayor, Associate Judge Presiding

Opinion by:    Steven C. Hilbig, Justice

Sitting:        Catherine Stone, Chief Justice
                Phylis J. Speedlin, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  October 6, 2010

MOTION TO WITHDRAW GRANTED; AFFIRMED

D.T.C. appeals the judgment terminating her parent-child relationship with A.G.P. IV, F.A.P., J.P., and A.C. and the trial court's order finding her appellate points frivolous. *See* TEX. FAM. CODE ANN. § 263.405(d)(3) (West 2008). Appellant's court-appointed appellate attorney filed a motion to withdraw and a brief containing a professional evaluation of the record demonstrating there are no arguable grounds to be advanced and concluding the appeal is frivolous. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, *4 (Tex. App.—San Antonio May 21, 2003, order) (applying *Anders* procedure to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem.

op.).  Appellant was provided a copy of the brief and informed of her right to review the record and file her own brief.  *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.–San Antonio, July 23, 1997, no pet.); *In re R.R.*, 2003 WL 21157944, at \*4.  Appellant did not file a pro se brief.

We have reviewed the record and the attorney's brief, and we agree with counsel that the appellate points do not present a substantial question for appellate review.  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 13.003(b) (West 2002);  TEX. FAM. CODE ANN. § 263.405(d)(3). Accordingly, we hold the trial court did not abuse its discretion in finding the points of appeal to be frivolous.  We grant the motion to withdraw and affirm the trial court's judgment.

Steven C. Hilbig, Justice